# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SHEILA DOUGLAS, SUSIE HALL, MORRIS T. HALL, JR.,

    Plaintiffs

v.

SOUTHWESTERN ENERGY PRODUCTION COMPANY, a/k/a SWN PRODUCTION COMPANY, LLC, and SUSQUEHANNA GATHERING COMPANY, LLC, a/k/a SUSQUEHANNA GATHERING COMPANY I, LLC, and DTE ENERGY a/k/a DTE MIDSTREAM,

    Defendants

CIVIL ACTION NO. 3:17-1830

(JUDGE MANNION)

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Moving Defendants' motion to dismiss, **(Doc. 6)**, is **GRANTED**;

**(2)** The plaintiffs' complaint, **(Doc. 1)**, is **DISMISSED**, without prejudice, in order to allow the plaintiffs an opportunity to file an amended complaint; and

**(3)** The plaintiffs shall filed their amended complaint **on or before October 1, 2018.**

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Date: September 13, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1830-01-ORDER.wpd