# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA DOUGLAS, SUSIE HALL, MORRIS T. HALL, JR., | : |
| Plaintiffs | : CIVIL ACTION NO. 3:17-1830 |
| v. | : (JUDGE MANNION) |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY, a/k/a, SWN PRODUCTION COMPANY, LLC, and SUSQUEHANNA GATHERING COMPANY, LLC, a/k/a SUSQUEHANNA GATHERING COMPANY I, LLC, and DTE ENERGY a/k/a DTE MIDSTREAM, | : |
| Defendant | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The court has determined that it possesses subject matter jurisdiction pursuant to 28 U.S.C. §1332(a).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 20, 2019**
17-1830-02-ORDER